### FOILES *v.* DIXIE FIRE INSURANCE CO.

Error to Houghton; Streeter, J. Submitted November 18, 1912. (Docket No. 82.) Decided May 29, 1913.

Assumpsit by Ella Foiles against the Dixie Fire Insurance Company upon a policy of insurance. A judgment for plaintiff on a verdict directed by the court is reviewed by defendant on writ of error. Affirmed.

*Hanchette & Lawton,* for appellant.

*Burritt & Burrit,* for appellee.

STEERE, C. J. This is a companion case of, and was submitted with, *Foiles* v. *Insurance Co., ante,* 716 (141 N. W. 879), decided herewith. It involves the same

form of insurance policy, substantially the same state of facts, and the same legal questions as, and is controlled by, the decision in that case.

In harmony with that decision, the order of the trial court in directing a verdict for the plaintiff herein and the judgment entered on such verdict are hereby ap-. proved and affirmed.

MOORE, MCALVAY, BROOKE, KUHN, STONE, OSTRANDER, and BIRD, JJ., concurred.